78

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

JUVENILE

B32088  JOHNSON, CHAD E.
Age: 34        DOB: 09/22/1972
Race: WHI      Sex: M
NRC 08/30/2007

Screening DDS sig: _____

Existing Restorations and Missing Teeth

Treatment Needed and Completed Restorations

☐ Schedule immediately at R&C
☐ Schedule routine exam at receiving institution    7F
☐ Schedule immediately at receiving institution

Public Health Classification Screening Dates | | | Pathology
---|---|---|---
Endodontics | | |
Oral Surgery | ILA | | 4/19
Periodontics | IY-10 | |
Operative | ILA | | 4/27/8
Prosthetic | | |

Receiving Inst. _____
Dentist _____
Date _____

MEDICAL HISTORY AND REMARKS

| | Yes | No | Current Medication |
|---|---|---|---|
| Cardio Vascular Disease | | | |
| Pulmonary Disease/Asthma | | | |
| Diabetes | | | |
| Epilepsy | | | |
| Hepatitis | | | |
| V.D. (Type | | | |
| Allergies (Type | | | |

ADULT — TREATMENT NEEDED - COMPLETED RESTORATIONS
(teeth chart numbered 1–32)

EXISTING RESTORATIONS & MISSING TEETH
(teeth chart numbered 1–32)

*BEGIN USING FROM BOTTOM UP

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

NKA

Patient: Johnson, Chad   Reg. #: B32088   Date: 2/03/10

Problem: _____

ORDER: (Physician's Signature After Last Order) Issued

Ibuprofen 400mg 12tbs

+ Tab PO QIDX 3days

DEA/Illinois Lic. # _____  Physician (Print) Ralph Johnson DDS  M.D.
☐ May Substitute _____   M.D.
☐ May Not Substitute _____
Noted by: _____   Date: _____

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

NKA

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: Johnson, Chad E.   Reg. #: B32088   Date: 4/06/09

Problem: _____

ORDER: (Physician's Signature After Last Order) Issued

Ibuprofen 400mg (12tbs)

+ Tab PO QIDX 3days

DEA/Illinois Lic. # _____  Physician (Print) Ralph Johnson DDS  M.D.
☐ May Substitute _____   M.D.
☐ May Not Substitute _____
Noted by: _____   Date: _____

DCA 7000
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

NKA

Patient: Johnson, Chad E.   Reg. #: B32088   Date: 3/6/08

Problem: _____

ORDER: (Physician's Signature After Last Order)

Motrin 800 — TID PRN x 10 day

Colace 100 mg BID PRN x 10 day

DEA/Illinois Lic. # _____  Physician (Print) _____  M.D.
☐ May Substitute _____   M.D.
☐ May Not Substitute _____
Noted by: E. _____   Date: 3/6/08

DCA 7000
IL 426-1417

*BEGIN USING FROM BOTTOM UP

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

NKA

Patient: Johnson, Chad   Reg. #: B32088   Date: 3/01/10

Problem: _____

ORDER: (Physician's Signature After Last Order) Issued

Ibuprofen 400mg 12 tabs
Sig ī tab PO QID x 3 days

DEA/Illinois Lic. # _____   Physician (Print): Ralph Johnne DDS
☐ May Substitute                                                    M.D.
☐ May Not Substitute                                                M.D.
DCA 7000   Noted by: _____                                        Date:
IL 426-1417

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

NKA

Patient: Johnson, Chad   Reg. #: B32088   Date: 2/23/10

Problem: _____

ORDER: (Physician's Signature After Last Order) Issued

Clindamycin 150mg 28 tabs
Sig ī tab PO QID x 7 days

DEA/Illinois Lic. # _____   Physician (Print): Ralph Johnne DDS
☐ May Substitute                                                    M.D.
☐ May Not Substitute                                                M.D.
DCA 7000   Noted by: _____                                        Date:
IL 426-1417

---

NKA

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
Chart Copy (Not a prescription)

Patient: Johnson, Chad E.   Reg. #: B32088   Date: 2-8-10

Problem: Dental

ORDER: (Physician's Signature After Last Order) Issued

① Ibuprofen 400mg 12 tabs   ② Pen VK 500mg 28 tabs
Sig ī tab PO QID x 3 days    Sig ī tab PO QID x 7 days

DEA/Illinois Lic. # _____   Physician (Print): R. Johnne DDS
☐ May Substitute                                                    M.D.
☐ May Not Substitute                                                M.D.
DCA 7000   Noted by: _____                                        Date:
IL 426-1417